IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DERRICK A. CLARK,

      Appellant,

v.

       Case No. 5D23-275
       LT Case No. 16-2022-CF-843

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., WALLIS and LAMBERT, JJ., concur.